IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00099-RJC-DCK

| USA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| ERIC DEWAYNE LEAK, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court upon the Government's Unopposed Motion to Dismiss, (Doc. No. 29), of the Information, (Doc. No. 1), pursuant to Federal Rule of Criminal Procedure 48(a).

**IT IS ORDERED** that the Government's motion, (Doc. No. 29), is **GRANTED** and the Information, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: February 6, 2020

Robert J. Conrad, Jr.
United States District Judge